UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JODIE LEFEVER,

    Plaintiff,

v.

MICROSOFT CORPORATION,

    Defendant.

_____/

Case No: 2:23-cv-10014-SDK-EAS

Hon. Shalina D. Kumar

Magistrate Judge Elizabeth A. Stafford

## APPEARANCE OF COUNSEL

Michelle C. Ruggirello of Kienbaum Hardy Viviano Pelton & Forrest, P.L.C., hereby enters her appearance on behalf of Defendant Microsoft Corporation in the above-captioned matter.

    KIENBAUM HARDY VIVIANO
    PELTON & FORREST, P.L.C.

    By: */s/Michelle C. Ruggirello*
        Sonja L. Lengnick (P67101)
        Michelle C. Ruggirello (P75202)
    Attorneys for Defendant Microsoft Corporation
    280 N. Old Woodward Avenue, Suite 400
    Birmingham, Michigan 48009
    (248) 645-0000
    slengnick@khvpf.com
    mruggirello@khvpf.com

Dated: January 5, 2023
467919

## CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2023, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to upon all ECF participants.

*/s/Michelle C. Ruggirello*
280 N. Old Woodward Ave.
Suite 400
Birmingham, Michigan 48009
(248) 645-0000
mruggirello@khvpf.com
(P75202)
